```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 18874
    JAMES L DAVIS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7170


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/12/2007 and was confirmed 12/17/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 04/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED VEHIC    22232.00          .00         818.53
LITTON LOAN SERVICING    CURRENT MORTG        .00           .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE     1001.15          .00            .00
SANTANDER CONSUMER USA   UNSECURED          472.07          .00            .00
CHASE MANHATTAN MTG CORP CURRENT MORTG        .00           .00            .00
CHASE MANHATTAN MTG CORP MORTGAGE ARRE    18770.35          .00            .00
MONTEREY FINANCIAL       SECURED            500.00          .00          18.41
MONTEREY FINANCIAL       UNSECURED          787.00          .00            .00
OCWEN FEDERAL BANK       CURRENT MORTG        .00           .00            .00
OCWEN FEDERAL BANK       MORTGAGE ARRE     4180.16          .00            .00
OVERLAND BOND & INVESTME SECURED VEHIC    12653.00          .00         479.07
OVERLAND BOND & INVESTME UNSECURED          401.33          .00            .00
WASHINGTON MUTUAL        CURRENT MORTG        .00           .00            .00
WASHINGTON MUTUAL        MORTGAGE ARRE     6447.01          .00            .00
AMERICAN HONDA FINANCE C UNSECURED         6875.25          .00            .00
CITY OF CHICAGO PARKING  UNSECURED          980.00          .00            .00
CODILIS & ASSOCIATES     NOTICE ONLY    NOT FILED           .00            .00
COLUMBUS BANK & TRUST    UNSECURED      NOT FILED           .00            .00
FIFTH THIRD BANK         UNSECURED      NOT FILED           .00            .00
HIGHLAND FINANCIAL SERVI UNSECURED      NOT FILED           .00            .00
HSBC                     UNSECURED          694.04          .00            .00
LINEBARGER GOGGAN BLAIR  UNSECURED      NOT FILED           .00            .00
PARK DANSAN              UNSECURED      NOT FILED           .00            .00
SALUTE/UTB               UNSECURED      NOT FILED           .00            .00
VERIZON WIRELESS         UNSECURED         1142.02          .00            .00
OCWEN LOAN SERVICES      NOTICE ONLY    NOT FILED           .00            .00
US BANK NATIONAL         NOTICE ONLY    NOT FILED           .00            .00
CITY OF CHICAGO WATER DE SECURED           1183.00          .00            .00
LEEDERS & ASSOCIATES LTD DEBTOR ATTY       2,030.00                        .00
TOM VAUGHN               TRUSTEE                                         89.99
DEBTOR REFUND            REFUND                                            .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18874 JAMES L DAVIS
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   1,406.00

PRIORITY                                                  .00
SECURED                                              1,316.01
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                    89.99
DEBTOR REFUND                                             .00
                       ---------------        ---------------
TOTALS                    1,406.00                  1,406.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                         PAGE   2
       CASE NO. 07 B 18874 JAMES L DAVIS